Dismissed and Memorandum Opinion filed February 5, 2009








Dismissed
and Memorandum Opinion filed February 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01112-CV

____________

 

RAPID SETTLEMENTS, LTD., Appellant

 

V.

 

JODY CHILDRESS, AMERICAN GENERAL LIFE INSURANCE, and
AMERICAN GENERAL ANNUITY SERVICE CORPORATION, Appellees

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 896574

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 27, 2008.  On January 28, 2009,
appellant filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of
Justices Yates, Guzman, and Sullivan.